<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000168
08-MAR-2022
07:57 AM
Dkt. 82 OGMD**</span>

NO. CAAP-20-0000168

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LYNN A. ELISALA,
Plaintiff/Counterclaim Defendant-Appellant,
v.
KRISTEN SAVEA,
Defendant/Counterclaim-Plaintiff-Appellee
and
PAUL SAVEA,
Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS 1-10, DOE LIMITED LIABILITY
COMPANIES, DOES ENTITIES, DOE GOVERNMENTAL UNITS 1-10,
Defendants

and

KRISTEN SAVEA, Third-Party Plaintiff-Appellee,
v.
RUSSELL E. ELISALA, BANK OF AMERICA, N.A.,
Third-Party Defendants-Appellees,
and
DOE THIRD-PARTY DEFENDANTS 1-50,
Third-Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO.  18-1-0423-03)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Plaintiff-Appellant Lynn A.

Elisala's March 1, 2022 Motion to Dismiss Appeal (**Motion**), the

papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, with prejudice, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b). Each party to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, March 8, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge